IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID DAWSON,<br>Plaintiff,<br><br>v.<br><br>PELEUS INSURANCE COMPANY,<br>Defendant. | §<br>§<br>§<br>§ CIVIL ACTION NO. 5:17-cv-00816-DAE<br>§<br>§<br>§ |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff, David Dawson, and Defendant, Peleus Insurance Company, file this Joint Motion to Dismiss without Prejudice and would show:

1. On or about May 2, 2018, the Parties entered into an agreement through counsel to participate in alternative dispute resolution procedures to resolve this case and abate the running of limitations.

2. The Parties jointly move the Court to dismiss the pending action, without prejudice to the refiling of the same, pending the outcome of the agreed alternative dispute resolution procedures.

Respectfully submitted,

UNDERWOOD LAW FIRM, P.C.
Charles A. Mallard
State Bar No. 00791165
chuck.mallard@uwlaw.com
500 South Taylor, Suite 1200
P.O. Box 9158
Amarillo, TX 79105
Telephone: (806) 376-5613
Fax: (806) 349-9476

/s/ Charles A. Mallard
Charles A. Mallard

**ATTORNEYS FOR PLAINTIFF**

And

**ZELLE LLP**
By: */s/ James W. Holbrook, III*
Steven J. Badger
Texas Bar No. 01499050
sbadger@zelle.com
James W. Holbrook, III
Texas Bar No. 24032426
jholbrook@zelle.com
Walter W. Cardwell, IV
Texas Bar No. 24094419
wcardwell@zelle.com
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANT**