UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DAVID DAWSON                              §
                                          §
        Plaintiff,                        §
                                          §
v.                                        §    NO. SA-17-CA- 00816-DAE
                                          §
PELEUS INSURANCE COMPANY                  §
                                          §
        Defendant.                        §    JURY DEMANDED

## ORDER

Before the Court is the parties' Joint Motion for Dismissal Without Prejudice.

The motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is

DISMISSED without prejudice for refiling.

SIGNED this _23_ day of May 2018.


_____
DISTRICT JUDGE PRESIDING
David Alan Ezra